UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6014 (DEA) |
| BRIAN J. CRANN | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order, pursuant to Title 18, United States Code, Section 3142(e)(3)(E), to detain the defendant in the above-entitled matter; and the defendant, Brian J. Crann (through counsel Lisa J. Van Hoeck, Assistant Federal Public Defender) having consented to detention and reserved his right to make an application for release at a later date; and for good cause shown;

IT IS, therefore, on this 25th day of January, 2022,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Brian J. Crann, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pretrial release pursuant to Title 18, United States Code, Section

3142 at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

                         _____
                         HONORABLE DOUGLAS E. ARPERT
                         UNITED STATES MAGISTRATE JUDGE